UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **VINCENT BONAVITA,**<br><br>**Plaintiff,**<br>v.<br><br>**CORNERSTONE BUILDING BRANDS, INC.,**<br><br>**Defendant.** | **CASE NO: 3:23-cv-01541**<br><br>**SEPTEMBER 23, 2025** |

## JOINT MOTION TO SCHEDULE SETTLEMENT CONFERENCE

Plaintiff, Vincent Bonavita, and Defendant, Cornerstone Building Brands, Inc., respectfully request that this matter be referred to a Magistrate Judge of the Court for a settlement conference.


PLAINTIFF,

VINCENT BONAVITA

By: _____
Michael McMinn
michael@mcminnemploymentlaw.com
The McMinn Employment Law Firm
1000 Lafayette Blvd., Suite 1100
Bridgeport, CT 06604
Tel: (203) 930-1600

DEFENDANT,

CORNERSTONE BUILDING BRANDS, INC.

By:_____
M. Scott McIntyre
BAKER HOSTETLER, LLP
smcintyre@bakerlaw.com
312 Walnut St., Ste. 3200
Cincinnati, Ohio 45202
Tel: (513) 852-2622